No. 447. Smither v. United States. Court of Claims. Certiorari denied. Petitioner *pro se*. *Solicitor General Perlman, Assistant Attorney General Vanech* and *Roger P. Marquis* for the United States.

No. 448. Etten v. Kauffman et al. C. A. 3d Cir. Certiorari denied. *Charles F. Meroni* and *Isaac J. Silin* for petitioner. *Ralph Hammar* and *Frank Zugelter* for respondents.

No. 449. Petrone v. United States. C. A. 2d Cir. Certiorari denied. *J. Vincent Keogh* and *Anthony A. Calandra* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Felicia H. Dubrovsky* for the United States.

No. 450. Garrett et al. v. Faust et al. C. A. 3d Cir. Certiorari denied. *Arthur H. Bartelt* for petitioners.

No. 454. Underwood v. Capital Transit Co. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Foster Wood* for petitioner.

No. 456. Merritt-Chapman & Scott Corp. v. New York Trust Co., Trustee, et al. C. A. 2d Cir. Certiorari denied. *John J. Manning* for petitioner. *Joseph M. Hartfield* and *Jesse E. Waid* for respondents.

No. 457. Brooklyn Waterfront Terminal Corp. v. United States. Court of Claims. Certiorari denied. *Chester T. Lane* for petitioner. *Solicitor General Perl-*